### UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

|  |  |
|---|---|
| **KEVIN D. MARTIN, and all others similarly situated,**<br><br> **Plaintiff**<br>**v.**<br><br>**FAIR COLLECTIONS & OUTSOURCING, INC.,**<br><br> **Defendant** | **Case No.  8:14-cv-03191-GJH**<br><br>**CLASS ACTION** |

### MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, CONDITIONALLY CERTIFYING CLASSES FOR PURPOSES OF SETTLEMENT, APPOINTING CLASS COUNSEL, DIRECTING NOTICE TO THE CLASS, AND SCHEDULING FINAL APPROVAL HEARING

Pursuant to Fed. R. Civ. P. 23(c), and for the reasons set forth more fully in the attached Memorandum of Law, Plaintiff Kevin D. Martin moves the Court for an Order preliminarily approving the settlement of this class action, approving the form and method for providing class-wide notice and scheduling a hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Approval Order and Plaintiff's request for approval of agreed-upon fees and costs.   Defendant does not contest the requested relief.

DATED:   February 16, 2016                    Respectfully submitted,

Martin E. Wolf (Bar No. 09425)
GORDON, WOLF & CARNEY, CHTD.
102 W. Pennsylvania Avenue, Suite 402
Towson, MD 21204
T. (410) 825-2300

*/s/ David A. Searles*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
FRANCIS & MAILMAN, PC
100 S. Broad Street, Suite 1902
Philadelphia, PA 19110
T. (215) 735-8600

*Attorneys for Plaintiff and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date below, I filed a true and correct copy of the foregoing via the Court's Electronic Case Filing System, which will send a notice of electronic filing to all counsel of record.

Date: February 16, 2016          *s/ David A. Searles*

David A. Searles