UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN D. MARTIN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>FAIR COLLECTIONS & OUTSOURCING, INC.,<br><br>    Defendant | Case No.  8:14-cv-03191-GJH<br><br>CLASS ACTION |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff, by and through his undersigned counsel, respectfully moves that the Court give final approval to the settlement achieved in the above-captioned case between the Class and Defendant Fair Collections & Outsourcing, Inc. ("FCO").

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law in Support of Final Settlement Approval and a proposed Final Approval Order, which Defendant FCO has reviewed and approved.

WHEREFORE, Plaintiff respectfully requests that this Court grant final settlement approval, and enter the attached proposed Final Approval Order.

                                                            Respectfully submitted,

DATED:  July 8, 2016                    *s/ David A. Searles*
                                                            James A. Francis *(pro hac vice)*
                                                            John Soumilas *(pro hac vice)*
                                                            David A. Searles *(pro hac vice)*
                                                            **FRANCIS & MAILMAN, PC**
                                                            100 S. Broad Street, Suite 1902
                                                            Philadelphia, PA 19110
                                                            T: (215) 735-8600

2

        Martin E. Wolf (Bar No. 09425)
        **GORDON, WOLF & CARNEY, CHTD**.
        102 W. Pennsylvania Avenue, Suite 402
        Towson, MD 21204
        T: (410) 825-2300

        *Attorneys for Plaintiff and the Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I filed a true and correct copy of the foregoing via the Court's Electronic Case Filing System, which will send a notice of electronic filing to all counsel of record.

Date: July 8, 2016                              *s/ David A. Searles*
                                                David A. Searles